# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>KIMBERLY HIGHTOWER | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release)<br><br>Case Number: 8:02-cr-203-T-23MAP<br>USM NUMBER: 40413-018<br><br>Defendant's Attorney: James Wardell, ret |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through three of the August 11, 2009, superceding petition (Doc. 61).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| ONE | New conviction for conduct, conspiracy to possess with intent to distribute 50 grams or more of methamphetamine | April 15, 2009 |
| TWO | Possession of drug paraphernalia | April 15, 2009 |
| THREE | Possession of illegal drugs, specifically methamphetamine and marijuana | April 15, 2009 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 9, 2009

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

DATE: October 9, 2009

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **two (2) months, the term to run consecutive to the term of imprisonment in 8:09-cr-305-T-23MAP**

    **X**     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
       DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

NO TERM OF SUPERVISED RELEASE IS IMPOSED.